IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR116 |
| EVEREADA KOURIS, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

    IT IS ORDERED that the following is set for hearing on **August 1, 2006** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Amended Motion for Release [82] filed by the defendant

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 31st day of July, 2006.

                                         BY THE COURT:

                                         s/ F.A. Gossett
                                         United States Magistrate Judge