# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**       ) <br> ) <br> **Plaintiff,**       ) <br> ) <br> **vs.**       ) <br> ) <br> **EVEREADA KOURIS,**       ) <br> ) <br> **Defendant.**       ) | **Case No. 8:06CR116** <br><br> **ORDER** |

This case is before the court on the defendant's Motion to Modify Conditions of Release [105].

The defendant's motion contains no information that was not known or readily ascertainable by the defendant at the August 1, 2006 bond hearing, nor does it contain any information that would cause the court to amend its August 1, 2006 Order Setting Conditions of Release [98].

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release [105] is denied without hearing.

Dated this 23rd day of August 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge