### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:06CR116 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| **EVEREADA KOURIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's appeal (Filing No. 174) from the Magistrate Judge's order of detention (Filing No. 106).

NECrimR 57.2(a) provides that an appeal from a nondispositive order shall be filed within ten (10) business days. Magistrate Judge Gossett filed his detention order on August 23, 2006. The appeal was filed on September 21, 2006. The appeal will be denied as untimely.

IT IS ORDERED that the Defendant's appeal (Filing No. 174) from the Magistrate Judge's order of detention (Filing No. 106) is denied.

DATED this 16th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge