IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR116 |
| ) | |
| EVEREADA KOURIS, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

   IT IS ORDERED that the following is set for hearing on **November 1, 2006** at **2:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   Arraignment on Fourth Superseding Indictment

   Since this is a criminal case, the defendants must be present, unless excused by the Court.

   DATED this 31st day of October, 2006.

                              BY THE COURT:


                              s/ F.A. Gossett
                              United States Magistrate Judge