## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR116** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **EVEREADA KOURIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for judgment of acquittal or, in the alternative, a new trial (Filing No. 585).

After careful consideration,

IT IS ORDERED that the Defendant's motion for judgment of acquittal or, in the alternative, a new trial (Filing No. 585) is denied.

DATED this 1st day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge